**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01451-CV

### ISABELLE EDWARDS, Appellant

### V.

### AMERICAN ACADEMY OF COSMETIC DENTISTRY INC AND ITS GBAS FOUNDATION, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-06298-E**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated January 24, 2020, we directed appellant to file, within ten days, written verification she had requested the reporter's record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her opening brief no later than March 20, 2020.

/s/     KEN MOLBERG
JUSTICE